UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERLIN RODRIGUEZ, ET AL.,                  24-cv-945 (JGK)

                Plaintiffs,           ORDER

   - against -

LORENZO LANDSCAPING SERVICES CORP.,
ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 12, 2024.

SO ORDERED.

Dated:    New York, New York
          April 1, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge