UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERLIN RODRIGUEZ, et al.,
                Plaintiff(s)

        -against-

LORENZO LANDSCAPING SERVICES, et al,
                Defendant(s).
-----------------------------------------------------------X

24 civ 945 (JGK)

## ORDER

The matter having been referred to mediation by orders of April 8, 2024 and April 15, 2024,

The conference scheduled for July 3, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

/s/ John G. Koeltl
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 28, 2024