```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ERLIN RODRIGUEZ, ET AL.,

                Plaintiffs,

   - against -

LORENZO LANDSCAPING SERVICES CORP., ET AL.,

                Defendants.

24-cv-945 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On September 6, 2024, this Court was notified that mediation was held in this case and that the parties reached agreement on all issues. ECF No. 19.

The parties are directed to report to the Court on the status of this action by **September 16, 2024**. If the parties have reached a settlement, then by the same date, the parties should submit their settlement to the Court for a fairness review and approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), along with an explanation as to why the settlement is fair and reasonable.

Dated:    New York, New York
            September 9, 2024

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          **United States District Judge**