UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ERLIN RODRIGUEZ and FRANCISCO PADILLA, *individually and on behalf of others similarly situated*,

CASE NO.: 1:24-cv-00945

PROPOSED JUDGMENT

Plaintiff,

vs.

LORENZO LANDSCAPING SRVICES CORP., a New York Corporation, and MARIA LORENZO, an individual,
-----------------------------------------------------------x

WHEREAS, on or about September 10, 2024, Defendants, LORENZO LANDSCAPING SRVICES CORP. and MARIA LORENZO extended to Plaintiffs, ERLIN RODRIGUEZ and FRANCISCO PADILLA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of One Hundred Thousand Dollars ($100,000.00); ERLIN RODRIGUEZ and FRANCISCO PADILLA accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiffs, ERLIN RODRIGUEZ and FRANCISCO PADILLA have judgment against Defendants, LORENZO LANDSCAPING SRVICES CORP. and MARIA LORENZO, jointly and severally, in the amount of One Hundred Thousand Dollars ($100,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: September 18, 2024.

_____
U.S. DISTRICT COURT JUDGE
John G. Koeltl